# EXHIBIT A

Plaintiff's Proposed Subpoenas to Produce Documents Under Federal Rule of Civil Procedure
45

*Fabrikant v. John Doe d/b/a Insurance Enterprise USA, et al.*
United States District Court, District of Nebraska
Case No. 4:26-cv-03192-SMB-MDN

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
for the
### District of Nebraska

BEN FABRIKANT,

          *Plaintiff,*

          *v.*

JOHN DOE d/b/a INSURANCE ENTERPRISE USA, et al.,

          *Defendant.*

)   Civil Action No. 4:26-cv-03192-SMB-MDN

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**To:** Twilio Inc.
c/o Corporation Service Company, Registered Agent
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
*(Name of person to whom this subpoena is directed)*

**[X]** **Production:** *YOU ARE COMMANDED* to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Attachment A, attached hereto and incorporated by reference.**

| **Place:** Production may be made by mail or electronic delivery to Javitch Law Office, 3 East 3rd Ave., Ste. 200, San Mateo, CA 94401; mark@javitchlawoffice.com. Personal appearance is not required. | **Date and Time:** Within twenty-one (21) days after service of this subpoena |
|---|---|

**[ ]** **Inspection of Premises:** *YOU ARE COMMANDED* to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| **Place:** | **Date and Time:** |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT                    OR

                                        /s/ Mark L. Javitch

_____        _____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff Ben Fabrikant**, who issues or requests this subpoena, are:

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave., Ste. 200, San Mateo, CA 94401
Telephone: (650) 781-8000
mark@javitchlawoffice.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ATTACHMENT A**

**Documents to Be Produced by Twilio Inc.**
*Case No. 4:26-cv-03192-SMB-MDN*

**DEFINITIONS AND INSTRUCTIONS**

   a.  "You" and "Your" mean Twilio Inc. and its agents, employees, and representatives.

   b.  "the Number" means the toll-free telephone number (888) 350-6605.

   c.  "the Messages" means the SMS text messages transmitted to or from the Number on June 12, 2026.

   d.  "Identifying Information" means name, business or trade name, postal address, e-mail address, and telephone number.

**DOCUMENTS REQUESTED**

You are commanded to produce the following records sufficient to identify the person(s) responsible for the conduct described in the Complaint:

1. Documents sufficient to identify the subscriber, account holder, or customer associated with the Number, including that person's or entity's Identifying Information and any billing name and address.

2. Documents sufficient to identify the Twilio account associated with the Number, including the Account SID and the date the account was opened.

3. Documents sufficient to identify any toll-free verification, registration, or "know-your-customer" records submitted in connection with the Number, including the business name, website, and contact information of the entity that registered or uses the Number.

4. Documents sufficient to identify any reseller, subaccount, intermediary, or third-party platform through which the Number was provisioned, resold, or used to send the Messages, including the Identifying Information of that party.

5. Documents sufficient to identify the billing or payment identity associated with the account for the Number (e.g., billing name and address), excluding complete financial-account or card numbers.

**LIMITATION**

This subpoena seeks only records sufficient to identify the person(s) responsible for the Number and the Messages. It does not seek, and You shall not produce, the contents of any communication, including the text or substance of any message. See 18 U.S.C. § 2702.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
for the
### District of Nebraska

BEN FABRIKANT,

*Plaintiff,*

*v.*

JOHN DOE d/b/a INSURANCE ENTERPRISE USA, et al.,

*Defendant.*

)    Civil Action No. 4:26-cv-03192-SMB-MDN

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**To:** Squarespace Domains II LLC
c/o Squarespace, Inc., Attn: Legal Department
225 Varick Street, 12th Floor
New York, NY 10014
*(Name of person to whom this subpoena is directed)*

**[X]** **Production:** *YOU ARE COMMANDED* to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Attachment A, attached hereto and incorporated by reference.**

| **Place:** Production may be made by mail or electronic delivery to Javitch Law Office, 3 East 3rd Ave., Ste. 200, San Mateo, CA 94401; mark@javitchlawoffice.com. Personal appearance is not required. | **Date and Time:** Within twenty-one (21) days after service of this subpoena |
|---|---|

**[ ]** **Inspection of Premises:** *YOU ARE COMMANDED* to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| **Place:** | **Date and Time:** |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT                                        OR

_____          /s/ Mark L. Javitch
*Signature of Clerk or Deputy Clerk*                    _____
                                                       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff Ben Fabrikant**, who issues or requests this subpoena, are:
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave., Ste. 200, San Mateo, CA 94401
Telephone: (650) 781-8000
mark@javitchlawoffice.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ATTACHMENT A**

**Documents to Be Produced by Squarespace Domains II LLC**
*Case No. 4:26-cv-03192-SMB-MDN*

**DEFINITIONS AND INSTRUCTIONS**

a. "You" and "Your" mean Squarespace Domains II LLC, the registrar of record for the Domain, and its agents and representatives.

b. "the Domain" means the Internet domain name insuranceenterpriseusa.com.

c. "Identifying Information" means name, business or trade name, postal address, e-mail address, and telephone number.

**DOCUMENTS REQUESTED**

You are commanded to produce the following records sufficient to identify the person(s) responsible for the conduct described in the Complaint:

1. Documents sufficient to identify the registrant of the Domain, including the registrant's Identifying Information, including any information masked, proxied, or withheld by a privacy or proxy service.

2. Documents sufficient to identify the account holder who registered, renewed, or pays for the Domain, including the account holder's Identifying Information and any billing name and address.

3. Documents sufficient to identify any administrative, technical, or billing contact associated with the Domain.

4. Documents sufficient to identify the date of registration of the Domain and any reseller or intermediary through which the Domain was registered.

**LIMITATION**

This subpoena seeks only records sufficient to identify the person(s) who registered or control the Domain. It does not seek, and You shall not produce, the contents of any communication.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Nebraska

| | |
|---|---|
| BEN FABRIKANT,<br><br>*Plaintiff,*<br><br>*v.*<br><br>JOHN DOE d/b/a INSURANCE ENTERPRISE USA,<br>et al.,<br><br>*Defendant.* | )<br><br>Civil Action No. 4:26-cv-03192-SMB-MDN |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**To:** Google LLC
c/o Corporation Service Company (CSC – Lawyers Incorporating Service), Registered Agent
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
*(Name of person to whom this subpoena is directed)*

**[X]** **Production:** *YOU ARE COMMANDED* to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Attachment A, attached hereto and incorporated by reference.**

| **Place:** Production may be made by mail or electronic delivery to Javitch Law Office, 3 East 3rd Ave., Ste. 200, San Mateo, CA 94401; mark@javitchlawoffice.com. Personal appearance is not required. | **Date and Time:**<br>Within twenty-one (21) days after service of this subpoena |
|---|---|

**[ ]** **Inspection of Premises:** *YOU ARE COMMANDED* to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| **Place:** | **Date and Time:** |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| CLERK OF COURT | OR | |
|---|---|---|
| | | /s/ Mark L. Javitch |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff Ben Fabrikant**, who issues or requests this subpoena, are:
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave., Ste. 200, San Mateo, CA 94401
Telephone: (650) 781-8000
mark@javitchlawoffice.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ATTACHMENT A**

**Documents to Be Produced by Google LLC**
*Case No. 4:26-cv-03192-SMB-MDN*

**DEFINITIONS AND INSTRUCTIONS**

a. "You" and "Your" mean Google LLC and its agents and representatives.

b. "the Domain" means the Internet domain name insuranceenterpriseusa.com.

c. "the Account" means the Google Workspace or other Google account associated with the Domain, including any account used to send or receive electronic mail at the Domain.

d. "Identifying Information" means name, business or trade name, postal address, e-mail address, and telephone number.

**DOCUMENTS REQUESTED**

You are commanded to produce the following records sufficient to identify the person(s) responsible for the conduct described in the Complaint:

1. Documents sufficient to identify the subscriber, account holder, administrator, or customer of the Account, including that person's or entity's Identifying Information.

2. Documents sufficient to identify the billing or payment identity associated with the Account (billing name and address), excluding complete financial-account or card numbers.

3. Documents sufficient to identify any recovery or secondary e-mail address and telephone number associated with the Account.

4. Documents sufficient to identify the date the Account was created, the domain-verification records for the Domain, and the IP address associated with the creation of the Account.

**LIMITATION**

This subpoena seeks only records sufficient to identify the person(s) who established and control the Account. It does not seek, and You shall not produce, the contents of any communication, including the contents of any e-mail or stored message. See 18 U.S.C. § 2702.