**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**BEN FABRIKANT, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**vs.**

**JOHN DOE, d/b/a INSURANCE ENTERPRISE USA and INSURANCEENTERPRISEUSA.COM, an unknown person or entity; and DOES 1 THROUGH 10, inclusive;**

**Defendants.**

**4:26CV3192**

**ORDER TO SHOW CAUSE**

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on June 24, 2026, (Filing No. 1), and an Amended Complaint on June 26, 2026, (Filing No. 3). Plaintiff named "John Doe d/b/a Insurance Enterprise USA and InsuranceEnterpriseUSA.com," an unknown person or entity, and Does 1-10 as defendants. On June 29, 2026, the Court granted Plaintiff's motion for leave to conduct early discovery to serve Rule 45 subpoenas to ascertain the identity of the unidentified defendants. (Filing No. 5). On July 27, 2026, the Court granted Plaintiff leave to serve additional Rule 45 subpoenas. (Filing No. 7). However, more than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed any return of service or signed waiver indicating service on Defendants, Defendants have not entered a voluntary appearance, and Plaintiff has not requested an extension of time to complete service. Plaintiff has not taken any action in this case since July 25, 2026. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **October 30, 2026,** to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or take other

appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 8th day of October, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge