Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, an individual,<br>Plaintiff,<br>v.<br>JOHN DOE d/b/a INSURANCE ENTERPRISE USA and INSURANCEENTERPRISEUSA.COM, an unknown person or entity; and DOES 1 through 10, inclusive,<br>Defendant. | Case No.: 4:26-cv-03192-SMB-MDN<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this entire action, without prejudice, with each side bearing its own costs and attorney's fees. No opposing party has served an answer or a motion for summary judgment.

Respectfully submitted,

Dated: November 1, 2026 By: s/ Mark L. Javitch
Bar Number: CA 323729
Attorney for Plaintiff
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Fax: (650) 300-0343
Email: mark@javitchlawoffice.com